**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Michael Holbert Bailey,<br><br>        Defendant. | No. CR-22-00737-PHX-DLR<br><br>**ORDER** |

      Before the Court is a letter from Defendant Michael Holbert Bailey which the Court treats as Defendant's motion for the Court to order the Bureau of Prisons ("BOP") to place him in their Medically Assisted Treatment program for drug addiction (Doc. 40). The motion is fully briefed and for the reasons set out below, is denied.

      Considering the relief being requested, Defendant's motion must be denied for at least two reasons. First, challenges to the manner, location, or conditions of a sentence's execution must be brought pursuant to 28 U.S.C. § 2241. Defendant's motion amounts to a premature habeas corpus petition. Second, a challenge to the manner, location, or conditions of a sentence's execution brought pursuant to 28 U.S.C. § 2241 must be brought in custodial court. *Hernandez v. Campbell*, 204 F.3d 861, 865 (9th Cir. 2000). Because Defendant is housed in the Eastern District of Kentucky in the United States Penitentiary Big Sandy, the custodial court is the Eastern District of Kentucky, not the District of Arizona.

**IT IS ORDERED** that Defendant's motion for the Court to order the BOP to place him in their Medically Assisted Treatment program for drug addiction (Doc. 40) is **DENIED**.

Dated this 11th day of February, 2025.

Douglas L. Rayes
Senior United States District Judge